```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 23759
   CHRISTINE REED
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-0222


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/09/2008 and was not confirmed.

     The case was dismissed without confirmation 12/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

WELLS FARGO BANK NA        CURRENT MORTG           .00          .00           .00
WELLS FARGO HOME MTG       UNSECURED         NOT FILED          .00           .00
REGIONAL ACCEPTANCE        SECURED VEHIC     17000.00           .00           .00
REGIONAL ACCEPTANCE        UNSECURED         NOT FILED          .00           .00
COOK LAW MAGISTRATE        PRIORITY          NOT FILED          .00           .00
FORREST GLEN ASSOCIATION   PRIORITY          NOT FILED          .00           .00
AMO RECOVERIES             UNSECURED         NOT FILED          .00           .00
BEVERLY BUS GARAGE FEDER   UNSECURED          5285.85           .00           .00
BUSINESS & PROFESSIONALS   UNSECURED         25237.75           .00           .00
CASHCALL INC               UNSECURED          2303.96           .00           .00
CBCS                       UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED          1230.00           .00           .00
AMERICAN FAMILY INSURANC   UNSECURED         NOT FILED          .00           .00
CREDIT ONE BANK            UNSECURED         NOT FILED          .00           .00
CREDIT ONE BANK            UNSECURED         NOT FILED          .00           .00
FIRST NATIONAL CREDIT CA   UNSECURED         NOT FILED          .00           .00
FOCUS RECIEVABLES MANAGE   UNSECURED         NOT FILED          .00           .00
JJ MARSHALL                UNSECURED         NOT FILED          .00           .00
LITTLE CO AFFLIATED PHYS   UNSECURED         NOT FILED          .00           .00
LITTLE CO AFFLIATED PHYS   UNSECURED         NOT FILED          .00           .00
LOAN POINT                 UNSECURED         NOT FILED          .00           .00
MEDICAL SPECIALISTS        UNSECURED         NOT FILED          .00           .00
PLS LOAN STORE             UNSECURED         NOT FILED          .00           .00
PRIMARY HEALTHCARE ASSOC   UNSECURED         NOT FILED          .00           .00
REGIONAL ACCEPTANCE CORP   UNSECURED         NOT FILED          .00           .00
SKO BRENNEER AMERICAN      UNSECURED         NOT FILED          .00           .00
TELECHECK SERVICES         UNSECURED         NOT FILED          .00           .00
US CELLULAR                UNSECURED         NOT FILED          .00           .00
PIERCE & ASSOCIATES        MORTGAGE NOTI     NOT FILED          .00           .00
WELLS FARGO BANK NA        SECURED NOT I      4063.78           .00           .00
PRO SE DEBTOR              DEBTOR ATTY             .00                        .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

           Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 23759 CHRISTINE REED
```

```
---------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                          ---------------    ---------------
TOTALS                         .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/05/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 23759 CHRISTINE REED